**Harold BUTLER, Plaintiff–Appellant,**

v.

**UNITED STATES POSTAL SERVICE,
Defendant–Appellee.**

**Docket No. 02–6228.**

United States Court of Appeals,
Second Circuit.

May 12, 2003.

Harold Butler, Long Island City, NY,
pro se.

Orelia E. Merchant, Assistant United
States Attorney, New York, N.Y. (Roslynn
R. Mauskopf, United States Attorney for
the Eastern District of New York, Debo-
rah B. Zwany, Assistant United States At-
torney, on the brief), for Appellee.

Present: FEINBERG, MESKILL, and
JACOBS, Circuit Judges.

*SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED, ADJUDGED
AND DECREED** that the judgment of the
district court be **AFFIRMED.**

Plaintiff-appellant Harold Butler appeals
from a final judgment entered in the Unit-
ed States District Court for the Eastern
District of New York (Amon, *J.*), dismiss-
ing his suit for eight hundred million dol-
lars in damages allegedly resulting from
the non-delivery of certified mail by defen-
dant, the United States Postal Service.
On appeal, Butler challenges this ruling.

We affirm for substantially the reasons
stated in the district court opinion. *See
Harold Butler v. United States Postal Ser-
vice,* 02–CV–3912 (CBA) (E.D.N.Y. Aug.
12, 2002).

For the reasons set forth above, the
judgment of the district court is hereby
**AFFIRMED.**